William W. Penfield, Respondent, v. Julius Lewine, Appellant.— Appeal dismissed on argument, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

The People of the State of New York, Respondent, v. Gustavo Sarro, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. James J. Lambert, Appellant, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements, and writ dismissed. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ., concurred.

The People of the State of New York ex rel. George A. Mencke, Appellant, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements, and writ dismissed, No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Charles B. Steuerwald, Respondent, v. Benjamin Sitomer, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the decision is against the weight of evidence. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Robert Whitbread, Respondent, v. The Long Island Railroad Company, Appellant, Impleaded with The Brooklyn Union Elevated Railroad Company, Defendant.— We think the verdict was against the clear weight of the evidence, and the interests of justice, therefore, demand a new trial. Judgment and order reversed and new trial granted, costs to abide the event. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

John Zahn and Elizabeth J. Zahn, Appellants, v. James Wilson, Respondent. — Judgment reversed and new trial granted, costs to abide the final award of costs, on the ground that the complaint states a cause of action, and that the plaintiffs on the trial made a case prima facie entitling them to the relief demanded. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Charles O'Keefe, an Infant, by Annie O'Keefe, His Guardian ad Litem, Respondent, v. Degnon Realty and Terminal Improvement Company, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Arthur C. Platt, Appellant, v. Seymour W. Bonsall and Another, Respondents. — Motion for reargument denied, with ten dollars costs. The notice of motion does not include a request for leave to appeal to the Court of Appeals. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Frank C. Brown, Respondent, v. Star Company, Appellant.— Order modified by striking out the paragraphs thereof numbered 1, 2 and 4, upon the ground that the order seeks to compel defendant to give its evidence in support of its